Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Joseph S. McMillen (SBN 174561) *jm@mckennonlawgroup.com*
Erik C. Fritz (SBN 337341) *ef@mckennonlawgroup.com*
**McKENNON LAW GROUP PC**
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595  |  Fax: 949-385-5165

Attorneys for Plaintiff Fe Simonette Muncan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| FE SIMONETTE MUNCAN,<br><br>　　　　　　　Plaintiff,<br>vs.<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 8:23-cv-00135-FWS-ADS<br><br>Action Filed: January 23, 2023<br><br>Trial Date: April 12, 2024<br><br>**PLAINTIFF FE SIMONETTE MUNCAN'S NOTICE OF SETTLEMENT** |

Case No.: 8:23-cv-00135-FWS-ADS



1  PLEASE TAKE NOTICE that Plaintiff Fe Simonette Muncan ("Plaintiff")
2  and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY
3  ("Defendant") have reached a confidential agreement to settle and resolve all of
4  Plaintiff's claims against Defendant related to the above-captioned matter, including
5  any claims for attorneys' fees, interest and costs.  The parties intend to file a
6  stipulation of dismissal with prejudice upon completion of the settlement.

Dated:  January 5, 2024        **McKENNON LAW GROUP PC**

By: _/s/ Robert J. McKennon_
ROBERT J. McKENNON
JOSEPH S. McMILLEN
ERIK C. FRITZ
Attorneys for Plaintiff Fe Simonette Muncan

Case No.: 8:23-cv-00135-FWS-ADS



# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on January 5, 2024, I served the foregoing documents described as: PLAINTIFF'S NOTICE OF SETTLEMENT on the interested parties as follows:

| | |
|---|---|
| Byrne J. Decker, SBN 337052<br>*byrne.decker@ogleetree.com*<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Two Monument Square, Suite 703<br>Portland, ME 04101<br>Telephone: 207-387-2957 | Attorneys for Defendant, The Lincoln National Life Insurance<br>☒ ECF Participant |
| Jenny H. Wang, SBN 191643<br>*jenny.wang@ogletree.com*<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Park Tower, Fifteenth Floor<br>695 Town Center Drive<br>Costa Mesa, CA 92626<br>Telephone: 714-800-2302 | |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on January 5, 2024.

NAME:  Debi Cartee

Case No.: 8:23-cv-00135-FWS-ADS

